# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# EL DORADO DIVISION

**JANIE FAULKNER**  　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**VS.**  　　　　　　　　　　　**Case No. 02-CV-1103**

**COOPER STANDARD AUTOMOTIVE, INC.**  　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Before the Court is Plaintiff Janie Faulkner n/k/a Janie Shipman and Defendant Cooper Standard Automotive, Inc.'s Joint Motion to Dismiss With Prejudice. (Doc. 29). The Court finds this motion ripe for consideration, and, upon consideration, the Court finds the motion should be and hereby is **granted** and the above-styled cause of action should be and hereby is **dismissed with prejudice**. All costs shall be borne by the party incurring same.

**IT IS SO ORDERED** this 29th day of December, 2005.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Harry F. Barnes
　　　　　　　　　　　　　　　　　　　　　　　Hon. Harry F. Barnes
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge