IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JANIE FAULKNER
    Plaintiff

vs.                                                                                   No. 02-1103

COOPER STANDARD AUTOMOTIVE, INC.
    Defendant

## ORDER OF DISMISSAL WITH PREJUDICE

On the 28 day of December, 2005, came before the Court the Plaintiff, Janie Faulkner, n/k/a Janie Shipman, and Defendant, Cooper Standard Automotive, Inc., by and through counsel of record, and announced to the Court that Plaintiff desired to dismiss all claims against all Defendant.

*IT IS, THEREFORE, ORDERED,* that all claims which have been or could have been stated by Plaintiff against Defendant in connection with the subject matter of this litigation be, and the same are hereby dismissed with prejudice to the refiling of same.

All parties are to be responsible for those costs which they incurred, and no other costs.

SIGNED and ENTERED this 28 day of Dec, 2005

_____
United States District Judge

APPROVED:

_____     _____
Matt Thomas, Attorney for Plaintiff     William G. Bullock, Attorney for Defendant

DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 04 2006

CHRIS R. JOHNSON, CLERK